# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**QUENTIN SMITH** *et al.*                                                                                                          **PLAINTIFFS**

**v.**                                **Case No. 4:21-cv-01017-KGB**

**THE KROGER LIMITED PARTNERSHIP I**
*et al.*                                                                                                                                              **DEFENDANTS**

## ORDER

Before the Court are plaintiffs Quentin and Marie Smith's (collectively "the Smiths") motion to dismiss (Dkt. No. 16) and South Central UFCW Unions and Employers Health and Welfare Trust's ("South Central Trust") response to the Smiths' motion to dismiss (Dkt. No. 17).

In their motion to dismiss, the Smiths request that the Court "dismiss their remaining claims" (Dkt. No. 16). South Central Trust responds, states it has no objection to the Smiths' motion, but requests that this Court dismiss the Smiths' claims with prejudice (Dkt. No. 17). At this stage in litigation, voluntary dismissals under Federal Rule of Civil Procedure 41(a)(2) may be granted only with a court order "on terms that the court considers proper." Such voluntary dismissals are without prejudice, "unless the order states otherwise." Fed. R. Civ. P. 41(a)(2). The parties have conveyed via informal communication that the Smiths' voluntary dismissal of their remaining claims against all defendants should be with prejudice.

For good cause shown, the Court grants the Smiths' motion for voluntary dismissal and grants South Central Trust's request that the Court dismiss with prejudice the Smiths' claims (Dkt. Nos. 16, 17). As the Court has dismissed all remaining claims with prejudice against all defendants, the Court denies as moot defendant Kroger Limited Partnership I's motion to dismiss (Dkt. No. 7).

It is so ordered this 2nd day of September, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge